UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:   WILLHOITE, JOHN HENRY, JR.
         WILLHOITE, ANGELA LYNN

|  |  |
|---|---|
|        DEBTOR(S) | CASE NO. 3:19-bk-33377-SHB<br>CHAPTER 7 |
| Ann Mostoller, Trustee,<br>       Plaintiff,<br>vs.<br>First Choice Lending Services, LLC,<br>Nationstar Mortgage, LLC, d/b/a Mr. Cooper, and<br>Mortgage Electronic Registration Systems, Inc.<br>       Defendant(s). | ADV. NO. 3:20-ap-03043-SHB |

## STIPULATION OF DISMISSAL

Upon motion of the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and Bankruptcy Rule 7041, and the stipulation of the Defendant, this cause is dismissed with prejudice.

Respectfully submitted this the 3rd of March, 2021.

s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com

s/ Bret J. Chaness   *with permission*
Bret J. Chaness, #31643
Rubin Lublin TN, PLLC
Attorney for Defendant
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730
bchaness@rubinlublin.com